UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

      Plaintiff,

Case No. 19-cr-20739

v.

HON. MATTHEW F. LEITMAN
United States District Judge

PAUL ANTHONY DIPONIO,

      Defendant.

## ORDER AMENDING BOND CONDITIONS

For the reasons set forth on the record at the bond review hearing held on February 24, 2020, **IT IS HEREBY ORDERED** that defendant's bond conditions are modified as follows:

> Defendant has permission to use marijuana if prescribed by a licensed physician and in accordance with Michigan laws regarding the medical use of marijuana.

      /s/Matthew F. Leitman
      MATTHEW F. LEITMAN
      UNITED STATES DISTRICT JUDGE

Dated:   February 25, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 25, 2020, by electronic means and/or ordinary mail.

      s/Holly A. Monda
      Case Manager
      (810) 341-9764