UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 19-cr-20739
Hon. Matthew F. Leitman

v.

PAUL DIPONIO,

Defendant.

________________________________________________/

**ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

On October 26, 2026, the defendant filed a motion requesting early termination of supervised release. The Court has considered the defendant's request, and all the factors in 18 U.S.C. § 3553(a), being fully advised in the premises,

**IT IS HEREBY ORDERED** that the motion is GRANTED.

**IT IS SO ORDERED**.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 28, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 28, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126